AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF
## MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIGUEZ,
ENRIQUE AGOSTO, JOSE TORRADO, CARLOS SANCHEZ,
LUIS R. SANCHEZ, EDWIN TORREZ, ZULEIMA REYES and
SANTIAGO ARROYO

## CRIMINAL COMPLAINT

CASE NUMBER: 2004 M 0500 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  In or about December 2003 and continuing ___ in  MIDDLESEX AND WORCESTER  county, in the
to in or about October 2004

_____  District of    MASSACHUSETTS  ____ defendant(s) did, (Track Statutory Language of Offense)

CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING
A DETECTABLE AMOUNT OF HEROIN, A SCHEDULE 1 CONTROLLED SUBSTANCE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846, 841(a)(1) _____ .

I further state that I am a(n) _____ SPECIAL AGENT, DEA _____ and that this complaint is based on the following
                                                                    Official Title

facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CALICE COUCHMAN

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

**Special Agent Calice Couchman**

Sworn to before me and subscribed in my presence,

10-14-2004  _at 6.55 pm_  at  _____ BOSTON, MASSACHUSETTS _____
Date                                                             City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
_____        _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. I _____   Investigating Agency  DEA _____

City _____          **Related Case Information:**

County   MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____   Case No. 04mj500
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number _____  (01)
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JULIO CARRION SANTIAGO _____          Juvenile   [ ] Yes   [X] No

Alias Name   MACHO

Address   264 MECHANIC ST., 2ND FL., LEOMINISTER, MA

Birth date (Year only):   1959   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____   Address: _____
                                                        _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____   Bar Number if applicable _____

Interpreter:    [X] Yes  [ ] No          List language and/or dialect:   SPANISH _____

Matter to be SEALED:   [X] Yes   [ ] No

        [X] Warrant Requested          [ ] Regular Process          [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:    [ ] Complaint       [ ] Information       [ ] Indictment

Total # of Counts:    [ ] Petty _____  [ ] Misdemeanor _____  [ ] Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:   OCTOBER 14, 2004        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     JULIO CARRION SANTIAGO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____     Category No. _I_____     Investigating Agency _DEA_____

**City** _____     **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_     Superseding Ind./ Inf. _____  Case No. _04 mj 500___
                                     Same Defendant _____  New Defendant _____ _(w2)_
                                     Magistrate Judge Case Number     _____
                                     Search Warrant Case Number       _____
                                     R 20/R 40 from District of       _____

**Defendant Information:**

Defendant Name _PEDRO ALBERTO MIRANDA_____     Juvenile  ☐ Yes  ☒ No

Alias Name _TAVO_____

Address _212 WILDER ST., LOWELL, MA_____

Birth date (Year only): _1969_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____     Address: _____
                                                          _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _DENISE CASPER_____     Bar Number if applicable _____

Interpreter:     ☒ Yes  ☐ No          List language and/or dialect:     _SPANISH_____

Matter to be SEALED:     ☒ Yes  ☐ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**     ☒ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** _OCTOBER 14, 2004_          **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     PEDRO ALBERTO MIRANDA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04 mj 500
                                   Same Defendant _____    New Defendant _____ (03)
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   REYNALDO RIVERA _____    Juvenile    ☐ Yes    ☒ No

Alias Name   REY _____

Address   235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only): 1978   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____
                                                              _____

**Bar Number:** _____.

**U.S. Attorney Information:**

**AUSA** DENISE CASPER _____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    SPANISH _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____.
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    REYNALDO RIVERA _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** _____  **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____  Case No. 04-MJ-500
Same Defendant _____  New Defendant _____ (04)
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ _____    Juvenile  [ ] Yes  [X] No

Alias Name _____

Address  261 AILEEN ST 2ND FL. LOWELL, MA _____

Birth date (Year only):  1962  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____    **Bar Number if applicable** _____

**Interpreter:**    [X] Yes  [ ] No    **List language and/or dialect:**    SPANISH _____

**Matter to be SEALED:**    [X] Yes  [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    [X] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:**    [ ] Petty _____  [ ] Misdemeanor _____  [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[ ]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise J Casper_

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     JOSE RODRIGUEZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** I_____ **Investigating Agency** DEA_____

**City** _____     **Related Case Information:**

**County** MIDDLESEX/WORCESTER     Superseding Ind./ Inf. _____ Case No. _04MJ 500_

Same Defendant _____ New Defendant _____ (05)

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO_____     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only): 1964  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE CASPER_____     **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes ☐ No     **List language and/or dialect:** SPANISH_____

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004     **Signature of AUSA:** _Denise J. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℅JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency _DEA_____

City _____    Related Case Information:

County _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _04mJ 500_
                                Same Defendant _____    New Defendant _____  (06)
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JOSE TORRADO_____    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): _1980_  SSN (last 4 #): _____ Sex ____ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____
                                                            _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    _SPANISH_____

Matter to be SEALED:    ☒ Yes    ☐ No

        ☒ Warrant Requested        ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information        ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  **OCTOBER 14, 2004**        Signature of AUSA: _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     JOSE TORRADO** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____         **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mJ500
                                   Same Defendant _____    New Defendant _____
                                   Magistrate Judge Case Number _____    (07)
                                   Search Warrant Case Number  _____
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  CARLOS SANCHEZ _____    Juvenile   ☐ Yes   ☒ No

Alias Name  CARLITOS _____

Address  270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA _____

Birth date (Year only):  1982  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known:  _____    Address: _____
                                                           _____

Bar Number:  _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    Bar Number if applicable  _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:    SPANISH _____

Matter to be SEALED:    ☒ Yes   ☐ No

        ☒ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

**Charging Document:**   ☒ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  OCTOBER 14, 2004        **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **CARLOS SANCHEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No.    04-500
                                 Same Defendant _____    New Defendant _____    (08)
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ _____    Juvenile   ☐ Yes   ☒ No

Alias Name   PITO _____

Address   427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):   1974   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____    **Bar Number if applicable** _____

Interpreter:   ☒ Yes   ☐ No    **List language and/or dialect:**   SPANISH _____

Matter to be SEALED:   ☒ Yes   ☐ No

         ☒ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint         ☐ Information         ☐ Indictment

**Total # of Counts:**   ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:**   OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    LUIS R. SANCHEZ** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency _DEA_____

City _____    Related Case Information:

County  _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _04mj500_

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____     (09)

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _EDWIN TORREZ_____    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only):  _1965_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:  ☒ Yes ☐ No    List language and/or dialect:  _SPANISH_____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:  ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **OCTOBER 14, 2004**    Signature of AUSA: _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDWIN TORREZ** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mJ500
Same Defendant _____    New Defendant _____ (10)
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ZULEIMA REYES _____    Juvenile   ☐ Yes   ☒ No

Alias Name   LINDA _____

Address   10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only): 1979  SSN (last 4 #): _____ Sex _____ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____
_____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    SPANISH _____

Matter to be SEALED:    ☒ Yes    ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA** _Denise J. Casper_____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** __I__    **Investigating Agency** __DEA__

**City** _____    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. _____   Case No. _04mj500_

Same Defendant _____ New Defendant _____ (11)

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __SANTIAGO ARROYO__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE__

Birth date (Year only): __1983__ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____ Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __DENISE JEFFERSON CASPER__    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __SPANISH__

**Matter to be SEALED:** ☒ Yes ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   **OCTOBER 14, 2004**     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**